## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       )
                                )
                  Plaintiff     )
        v.                      )     Criminal Action No. 22-110-UNA
                                )
JORDAN DONYELL HARMON,          )
                                )
                  Defendant.    )     REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about July 21, 2020, in the District of Delaware, Jordan Donyell Harmon, the defendant, in connection with the acquisition of a firearm – that is, a Smith and Wesson, 40 caliber semi-automatic pistol, model SD40, bearing serial number FCK9128 – from First State Firearms and Accessories, LLC, 178 South Dupont Highway, New Castle, Delaware ("First State Firearms"), a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, which statement was intended and likely to deceive First State Firearms as to a fact material to the lawfulness of the sale of the firearm under the provisions of Chapter 44, Title 18, United States Code, in that the defendant did execute a Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearm and was not acquiring the firearm on behalf of another person, when, in fact, and as the defendant then knew, he was not the actual buyer of the firearm and was acquiring the firearm on behalf of another person.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

FILED

NOV - 1 2022

U.S. DISTRICT COURT DISTRICT OF DELAWARE

## NOTICE OF FORFEITURE

Upon conviction of the offense in violation of 18 U.S.C. § 922(a)(6) set forth in Count 1 of this Indictment, the defendant, JORDAN DONYELL HARMON, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any and all firearms and ammunition involved in the commission of the offense.   The property to be forfeited includes, but is not limited to, the following: a Smith and Wesson, 40 caliber semi-automatic pistol, model SD40, bearing serial number FCK9128.

A TRUE BILL:

Foreperson

DAVID C. WEISS
United States Attorney

By
Edmond Falgowski
Assistant United States Attorney

Dated: 11/1/22

2