# EXHIBIT A



**CLARENCE JOHNSON JR.**
*Funeral Home, Inc.*

805 Longacre Boulevard
610-626-1100

Share this obituary



# Overseer Mark D. Harmon

March 5, 2020

Overseer Mark D. Harmon

To send a flower arrangement or to plant trees in memory of **Overseer Mark D. Harmon**, please click here to visit our Sympathy Store.

**SEND FLOWERS**
Order Flowers
for the Family

**SEND A CARD**
Show Your Sympathy
to the Family

☑ Sign Guestbook

▤ View Guestbook Entries

🖶 Print Obituary

## Services

**Viewing**
Friday, March 13, 2020
*12:00 PM - 6:30 PM*

*Holy Trinity Church of the Living God*
425 W. Division Street
Dover, Delaware 19904

G Open Google Maps

✉ Email Details

**Memorial Service**
Friday, March 13, 2020
*7:00 PM*

*Holy Trinity Church of the Living God*
425 W. Division Street
Dover, Delaware 19904

G Open Google Maps

✉ Email Details

**National Service**
Saturday, March 14, 2020
*12:00 PM*

*Crossroads Christian Church*
4867 N. DuPont Highway
Dover, Delaware 19901

G Open Google Maps

✉ Email Details

**Interment**
Saturday, March 14, 2020

*Old Hickory Cemetery*
9029 Road 627
Lincoln, Delaware 19960

G Open Google Maps

✉ Email Details

**Viewing**
Saturday, March 14, 2020

*Crossroads Christian Church*
4867 N. DuPont Highway
Dover, Delaware 19901

G Open Google Maps

✉ Email Details

## Sign Guestbook

| | |
|---|---|
| Name: ✱ | Name (required) |
| Location: | Location |
| Video: | Link to Video (Youtube or Vimeo) |
| Image: | Choose File No file chosen |

Light A Candle


Candle 1


Candle 2


Candle 3


Candle 4

| | |
|---|---|
| Email: ✱ | Email (required) |

☐ Please keep my message private

| | |
|---|---|
| Personal Message: ✱ | Personal Message (required) |

Confirm: ✱

☐ I'm not a robot    reCAPTCHA
Privacy - Terms

Submit Guestbook entry

