IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

Plaintiff.

v.

JORDAN DONYELL HARMON,

Defendant.

Crim. Action No. 22-110-CFC

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 15, 2024, this Court entered Judgement and preliminary order of forfeiture, ordering defendant to forfeit property, including, but not limited to:

a. Glock GMBH, 40 caliber, model 23, bearing serial number LMX258, (assigned asset ID number 21-ATF-038970); and

b. Baretta, 9mm semi-automatic pistol, model APX Compact, bearing serial number AO498116X, (assigned asset ID number 21-ATF-038968); and

c. Taurus, 9mm semi-automatic pistol, model G2C, bearing serial number ABH771894, (assigned asset ID number 21-ATF-038969);

(collectively, the "Subject Property").

WHEREAS, the United States caused to be published for at least thirty (30) consecutive days on an official government internet site (www.forfeiture.gov) notice of the forfeiture of the Subject Property; and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS no timely claim has been filed; and

WHEREAS the Court finds that defendant had an interest in the Subject Property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Dated: 2.26.25

SO ORDERED:

HON. COLM F. CONNOLLY
CHIEF UNITED STATES DISTRICT JUDGE